THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES ROBINSON, Appellant, v SUPERINTENDENT OF CLINTON CORRECTIONAL FACILITY et al., Respondents.

Submitted July 26, 2004; decided September 21, 2004

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied. Motion for poor person relief dismissed as academic.

ARLENE TOEFER et al., Appellants, v LONG ISLAND RAIL ROAD, Defendant and Third-Party Plaintiff-Respondent. JANA CONSTRUCTION CO., INC., et al., Third-Party Defendants-Respondents, et al., Third-Party Defendants. (And a Fourth-Party Action.)

Submitted September 7, 2004; decided September 21, 2004

Motion by Defense Association of New York, Inc. for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.